# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BARBARA JO BARNES-TIBBETT, et al.,**                  **PLAINTIFFS**

**V.**                  **4:17CV00865 JM**

**BETTY GAY MIZE, et al.,**                  **DEFENDANTS**

## ORDER OF DISMISSAL

The Court has been notified that the parties have reached a settlement. The Complaint and all claims against the Defendants are hereby dismissed with prejudice. The motion for summary judgment (ECF No. 27) is MOOT. The Clerk is directed to close the case.

IT IS SO ORDERED this 3rd day of January 2019.

_____
James M. Moody, Jr.
United States District Judge